# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Dorwan Gene Vizzier
Broussard, Halcomb & Vizzier
P. O. Box 11875
Alexandria LA 71315

<div style="border:1px solid black">

JUDGMENT ON REHEARING RENDERED AND MAILED TO ALL PARTIES OR COUNSEL OF RECORD ON **AUGUST 1, 2018**.

</div>

**REHEARING ACTION: August 1, 2018**

**Docket Number: CA 18-0074 consolidated with CA 18-0073 & CA 18-0075**

**MARILYN CLARK**
**VERSUS**
**STATE OF LOUISIANA, DEPARTMENT**
**OF TRANSPORTATION AND DEVELOPMENT, ET AL**

**Appealed from Allen Parish Case No. C-2007-186 c/w C-2007-188, c/w C-2007-190**

**BEFORE JUDGES:**

Hon. Ulysses Gene Thibodeaux
Hon. Marc T. Amy
Hon. Elizabeth A. Pickett

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gaynelwyn Sonnier** has this day been

**DENIED.**

cc: Stacey Allen Moak, Counsel for the Appellee
    Hon. Judi F. Abrusley, Counsel for the Appellant
    Frank Alton Granger, Counsel for the Appellee